# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

—————

No. 15-40176
Summary Calendar

—————

United States Court of Appeals
Fifth Circuit

**FILED**

July 21, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

LEOPOLDO SANCHEZ-SORIANO,

Defendant-Appellant

—————

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 7:14-CR-1202-1

—————

Before ELROD, SOUTHWICK, and GRAVES, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Leopoldo Sanchez-Soriano has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Sanchez-Soriano has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-40176

issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.